Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD GOFRON,<br><br>Defendant. | Case No. CV-04-03564 MJJ<br><br>Hon. Martin J. Jenkins<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RONALD GOFRON AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant RONALD GOFRON ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated April 29, 2005 ("Agreement") entered into between the Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until June 2007. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to

1  reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of
2  the Agreement, as defined therein. The parties therefore respectfully request that the Court retain
3  such jurisdiction.

4  DATED: June 8, 2005            Respectfully Submitted,

5                                 BUCHALTER, NEMER, FIELDS & YOUNGER
                                   A Professional Corporation
6
7
8                                 By: _____
                                   Suzanne M. Burke
9                                  Attorneys for Plaintiff DIRECTV, Inc.

10 DATED: June 8, 2005            PARR LAW GROUP
11
12
13                                By: _____
                                   Shawn R. Parr
14                                 Attorneys for Defendant RONALD GOFRON

15
16
17
18
19
20
21
22
23
24
25
26
27
28

BNFY 565900v1                          -2-                          (CV-04-03564 MJJ)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RONALD GOFRON AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant RONALD GOFRON and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant RONALD GOFRON is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant RONALD GOFRON to enforce the terms described above of the Settlement Agreement between those parties dated April 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 6/13/2005

/s/
Honorable Martin J. Jenkins
United States District Court
Northern District of California

[APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California]